# EXHIBIT A

**United States Department of Education
Office for Civil Rights
Data Request**

**OCR Case Number:** 08255902

**Recipient:** Jefferson County Public Schools (the District)

_____

Please submit the following information to Daniel Kowalski, by close of business on June 26, 2025. If any item in our request is unclear, or if you experience any difficulty complying with this request, please contact the staff member identified above prior to June 26, 2025. OCR requests that you submit information electronically, if feasible. If any of the required items are available to the public on the Internet, you may provide the website address. If any responsive documents contain Social Security numbers, please **redact** them before producing the documents to OCR.

You may send documents by any of the following means:

**SharePoint:** OCR may create an external sharing site through a browser-based portal in which the requested documents and information may be uploaded. Please contact Daniel Kowalski to receive online portal information to upload data.

**E-mail:** daniel.kowalski@ed.gov

Please do **not** provide the information via an electronic cloud format such as Google Docs. Because e-mail is not reliably secure, please do not e-mail any document that contains personally identifiable or private information without first encrypting this information. You may upload this information using the SharePoint option described above.

**Preservation of requested and relevant data and documents:** OCR may request supplemental data and documents that are relevant to the allegation(s) under investigation. To ensure that OCR can assess the recipient's compliance with the statutory and regulatory obligations at issue in this investigation, please ensure that recipient employees and contractors preserve the data and documents requested below for the timeframe specified in these requests and going forward until OCR closes this case. Please also ensure that recipient employees and contractors preserve other data and documents that are relevant to the issues identified in the Notification Letter dated June 2, 2025, until OCR notifies you it has closed this investigation. The regulations implementing Title VI of the Civil Rights Act of 1964, at 34 C.F.R. § 100.6, requires that a recipient of federal financial assistance make available to OCR information that may be pertinent to reach a compliance determination. This requirement is incorporated by reference in the regulations implementing Title IX, at 34 C.F.R. § 106.81.

In addition, in accordance with the regulation implementing the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, at 34 C.F.R. § 99.31(a)(3)(iii), and the Title VI regulation at 34 C.F.R. § 100.6(c), OCR may review personally identifiable records without regard to considerations of privacy or confidentiality. OCR will take all proper precautions to protect the identity of any individuals named in the documents.

For the 2023-2024, 2024-2025, school years, please provide the following information without redactions, or indicate in writing if any of the requested items do not exist:

1.  The name, title, and contact information for:

    a.  the District's point of contact for this investigation; and

    b.  Person authorized by the District to resolve this investigation.

2.  A copy of the District's policy describing the definition or meaning of the words "sex," "gender" and/or "gender identity."

3.  A copy of the District's policy regarding student use of restrooms, changing rooms, and locker rooms, as well as its policy regarding sharing accommodations during overnight activity and athletic trips.

4.  A written explanation of what guidance the District relied on or referenced in adopting and enforcing the policies described in paragraphs 2 and 3.

5.  A written explanation of the guidance the District relied on or referenced in adopting and enforcing the policy described in paragraph 3.

6.  Names and contact information for all District interscholastic team coaches, assistant coaches, trainers, athletic director(s), and assistant athletic director(s).

7.  A copy of the District's policy permitting the participation of biologically male students on girls' interscholastic athletic teams.

8.  A copy of the District's athletic team rosters for all interscholastic sports teams designated or classified as teams for girls, identifying on each such roster any participants who are biologically male.

9.  All documentation regarding any instance of which the District is aware when the policies permitting biologically male athletes to participate of girls' interscholastic athletic teams adversely affected female athlete(s), including, but not limited to, by causing:

    a. injury;

   b. forfeiture of a competition; or

   c. denial of an opportunity to

      i. participate on the team;

      ii. advance to a higher-level competition or stage of a competition;

      iii. win a competition or championship;

      iv. place higher in a competition;

      v. receive a medal, award, or other recognition; or vi. obtain greater visibility to colleges.

10.    A copy of any written communication provided to District students, parents, employees, or the public, regarding whether students may use the restroom and/or locker room of their choice regardless of their sex.

11.    A copy of all written complaints received by the District and a copy of any records made of oral complaints received by the District from any student, parent, district staff, or anyone else regarding the District's policy or practice of allowing students to use locker rooms, restrooms, or changing facilities, and/or share accommodations with other students based on "gender identity," and a copy of the investigative file with findings or an explanation of why an investigation was not conducted.

12.    Any other information you believe will be helpful to OCR in resolving this investigation.