# EXHIBIT D

**RESOLUTION AGREEMENT**
**Jefferson County Public Schools**
**OCR Case Number 08-25-5902**

Jefferson County Public Schools ("District") has voluntarily entered into this Resolution Agreement (the "Agreement") with the U.S. Department of Education's Office for Civil Rights ("OCR") to resolve the findings of noncompliance with Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 *et seq.* ("Title IX") in the above-referenced investigation. The District assures OCR that it will take the following actions.

## Action Item 1

(A)     The District will issue a public statement to the District community stating that the District will comply with Title IX, in any education program or activity including but not limited to its athletics programs, notwithstanding any provisions of conflicting state laws, in accordance with 34 C.F.R. §§ 100.6(b)-(c), 106.6, 106.33, 106.41, 75.500, and 75.700.[1]

The statement shall:

(i)     Specify that Title IX compliance means the District will not – on the basis of *sex* – exclude *female* students from participation in, deny female students the benefits of, or subject female students to discrimination under any education program or activity, including but not limited to its athletics programs, the provision and assignment of intimate facilities such as locker rooms and bathrooms, and the assignment of overnight accommodations.

(ii)    Specify that Title IX compliance requires that the District not allow *male students* to compete in any athletic program restricted to *females,* ensuring that only female students are eligible to compete as a member of girls' athletics.

(iii)   Specify that the District will provide intimate facilities such as locker rooms and bathrooms and assign overnight accommodations strictly on the basis of sex and comparably provided to each sex.

(iv)    Specify that Title IX applies irrespective of state law or regulation and irrespective of current or future policies from sporting or scholastic governing bodies, or any individual sporting bodies.

(v)     Specify that the District will not defer in its interpretation or application of Title IX to the policies of any third-party external organization and may not contract with or arrange with any third-party entity to provide benefits of the District's education programs or activities, including its athletics programs, if that third-party entity discriminates on the basis of sex – including by not operating athletic activities in the manner described in the statement.

---

[1] Herein, any athletic opportunity, event, competition, category, program, or activity designated for girls is referred to as "girls' athletics."

*Page 2 – Resolution Agreement, Jefferson County Public Schools - 08255902*

    (vi)    State that the words ***sex, female, male, women (which includes girls), men (which includes boys),*** as used in the statement and as applicable in all practices, policies, and procedures adopted and implemented by the District or its girls' athletics programs pursuant to or consistent with Title IX, mean the following:

- "Sex" is a person's immutable biological classification as either male or female. "Sex" is not a synonym for and does not include "gender identity."
- "Female" is a person of the sex characterized by a reproductive system with the biological function of producing eggs (ova).
- "Male" is a person of the sex characterized by a reproductive system with the biological function of producing sperm.
- "Woman" is an adult human female.
- "Girl" is a minor human female.
- "Man" is an adult human male.
- "Boy" is a minor human male.

    (vii)    Identify the name or title, office address, electronic mail address, and telephone number of the employee or employees designated as the District's Title IX Coordinator(s).

    (viii)    Specify how to report or file a complaint of sex discrimination and how to report or file a formal complaint of sexual harassment under the District's grievance procedures.

The District will post this statement in a prominent location on its main website, each of its school websites, and on each of its websites for girls' athletics.

(B)    The District will rescind or revise any policies, guidance documents, or previously issued notices, which advised or authorized its girls' athletics programs to permit male athletes to compete in girls' athletics, to reflect that pursuant to Title IX, girls' athletics must ensure that only female athletes are eligible to compete in girls' athletics.

(C)    The District will rescind or revise any policies, guidance documents, or previously issued notices which permitted males to access female bathrooms and locker rooms or males to share overnight accommodations with females to reflect that pursuant to Title IX, only females may access female bathrooms and locker rooms and only females may share overnight accommodations with females.

(D)    The District will review all of its internal and public-facing websites for any statements, links, or documents that are inconsistent with Title IX on the points covered in this Agreement (namely, eligibility to compete in girls' athletics, the provision of intimate facilities for female students, and the assignment of overnight accommodations) and remove or revise any such statements, links, or documents to reflect compliance with the Title IX requirements covered in this Agreement.

(E)    The District will promptly notify all staff, students, and directors and coaches of girls' athletics programs of all rescissions or revisions undertaken pursuant to Action Items 1(B), 1(C), and 1(D).

*Page 3 – Resolution Agreement, Jefferson County Public Schools - 08255902*

**Reporting Requirements for Action Item 1**

1. Within 30 calendar days of the date of execution of the Agreement, the District will provide OCR with documentation reflecting (i) that the statement was sent to each of its girls' athletics programs and posted on the District's websites as described in Action Item 1(A) (including a link to the location where the statement is posted); and (ii) each policy, guidance document, and notice if any, and copy thereof described in Action Items 1(B) and 1(C).

2. Within 45 calendar days of the date of execution of the Agreement, the District will submit to OCR evidence of (i) its recission or revision of all prior guidance documents and/or statements described in Action Items 1(B) and 1(C); (ii) revisions to its websites in compliance with Action Item 1(D); and (iii) information or documentation showing how such recissions or revisions were communicated to all staff, students, directors, and coaches of girls' athletics in compliance with Action Item 1(E).

**Action Item 2**

(A)    The District will:

(i)    Review all individual athletic records, titles, honors, awards or similar recognition (herein, "Recognitions") received by male athletes competing in girl's athletics <u>at any time</u> up to and including the reporting date indicated below; and review all team Recognitions for competitions in which any male athlete competed in girl's athletics.

(ii)    Restore to individual female athletes all individual Recognitions such female athletes earned and would have been given but for the Recognitions being given to male athletes who competed in girls' athletics, regardless of whether the female athlete remains currently, or is no longer, a student enrolled in the District.

(iii)    Submit to OCR a list of all the reviews and restoration/correction actions described in Action Item 2(A)(i)-(ii) to the District.  As to each female athlete to whom an individual Recognition is restored, the District will send a letter to the female athlete expressing apology on behalf of the District for allowing her educational experience and participation in athletics to be marred by sex discrimination.

**Reporting Requirements for Action Item 2**

1. Within 30 calendar days of the date of execution of the Agreement, the District will submit to OCR a list of all reviews conducted (including the underlying findings regarding male athletes competing in girls' athletics) and restorations/corrections to Recognitions pursuant to Action Item 2(A).

*Page 4 – Resolution Agreement, Jefferson County Public Schools - 08255902*

**Action Item 3**

(A)    The District will provide training on the Revised Policies identified in Action Item 1 to all administrators and staff responsible for reporting Title IX complaints and/or conducting Title IX investigations.

**Reporting Requirements for Action Item 3**

1. Within 60 calendar days of the date of execution of the Agreement, the District will provide OCR with documentation that it has provided the training required by Action Item 3, including:
   a. The date and time of the training;
   b. A copy of any materials that the District used at the training;
   c. A list of the attendees' names and titles;
   d. A list of the names and titles of employees who should have attended the training but did not attend training or left before the training was complete;
   e. A sign-in sheet, or if the training is conducted virtually, verification sufficient to show all attendees;
   f. The name, title, and credentials of the individual who conducted the training; and
   g. The date training will be provided to anyone who did not attend or complete the training.

**Other Provisions**

The District understands that by signing the Agreement, it agrees to provide data and other information in a timely manner in accordance with the reporting requirements of the Agreement. The District also agrees to send all responsive data to OCR in an electronic format instead of requiring OCR to travel to the District or any other location to view said information.

Further, the District understands that during the monitoring of the Agreement, if necessary, OCR may visit the District, interview staff, and request such additional reports or data as are necessary for OCR to determine whether the District has fulfilled the terms and obligations of the Agreement. Upon OCR's acknowledgment of the District's satisfaction of the commitments made under the Agreement, OCR will close the case.

The District understands and acknowledges that OCR may initiate proceedings to enforce the specific terms and obligations of the Agreement and/or the applicable statute(s) and regulation(s). Before initiating such proceedings, OCR will give the District written notice of the alleged breach and sixty calendar days to cure the alleged breach.

The Agreement will become effective immediately upon the signature of the District's authorized official below.


By: _____    Date: _____
      Ms. Tracy Dorland, Superintendent
      Jefferson County Public Schools