# EXHIBIT E

**Legal Services**
1829 Denver West Dr. Bldg. 27, Golden, CO 80401
Phone: 303.982.6544



April 12, 2026

Erica R. Austin, Acting Regional Director
c/o Dan Kowalski, EEO Specialist
U. S. Dept. of Education Office for Civil Rights
1560 Broadway, Suite 110
Denver CO 80202

Re: OCR Case Number 08-25-5902

Dear Dan:

On March 30, 2026, the District confirmed receipt of OCR's Letter of Findings and draft Resolution Agreement (dated Mar. 13, 2026). At that time, we advised that key leaders were out of the office during the District's spring break.

We continue to review the 31-page Letter of Findings, and OCR's proposed Resolution Agreement. As part of that review, we realize that we're going to need some additional information from you before we can fully respond to the Letter of Findings and the proposed Resolution Agreement. So, I write pursuant to CPM 303(d-e) and 702(a-d) to seek clarification on two major points.

*First*, in the data request that accompanied the directed investigation notice, you requested – and the District provided – a copy of the District's athletic team rosters, listing more than 12,500 student participants. At no time after that production did OCR reach out to us for clarification or additional information, but the Letter of Findings reported that "at least 61 female … positions are held by students who do not identify as female." *See* Findings at p. 12-13, 29. As a result of this calculation, OCR concluded that the District "allow[s] males to participate" in girls athletics in violation of Title IX. But that calculation does not match up with the data we shared, or with the totals in OCR's modified version of the chart we provided. And it's important that this information be accurate since it forms the basis of at least two of the three Action Items in your proposed Resolution Agreement. So, we're

asking that OCR clarify its "analysis of the evidence on which the finding[] [is] based" pursuant to CPM 303(a, d). We would be happy to meet, either in person or on a remote platform, to walk through the data and address any misunderstandings you may have about what we produced.

*Second*, on page 11-12, and 30 of the Letter of Findings, OCR cites to an agreement that the Colorado High School Athletic Association (CHSAA) entered, which purportedly authorized a handful of Colorado school districts to segregate student athletes by birth sex rather than gender identity notwithstanding the Colorado Anti-Discrimination Act and its accompanying rules. However, Jeffco Public Schools is not a party to *Sch. Dist. 49 v. CHSAA*, 25-CV-1463 (D. Colo.), and thus, was not a party to its partial settlement, which also took place five months *after* we responded to OCR's data request. Moreover, the description of the resolution detailed in the Letter of Findings does not align with our understanding of that case, or its limited resolution. Could you please produce the agreement that OCR's Letter of Findings relies on?

Thank you in advance for your response, which will enable the District to better evaluate proposed Action Items 1-2 consistent with CPM 303(b).

JEFFCO PUBLIC SCHOOLS

*s/Jacquelynn Rich Fredericks*
Jacquelynn N. Rich Fredericks
Assistant General Counsel

Cc: Tracy Dorland, Superintendent
Board of Education