# EXHIBIT G



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

June 3, 2026

Tracy Dorland
Superintendent
Jefferson County Public Schools
1829 Denver West Drive #27
Golden, Colorado 80401

Sent via email only, to: tracy.dorland@jeffco.k12.co.us

  Re:  Impasse Letter – OCR Case Number 08255902
     Jefferson County Public Schools

Dear Superintendent Dorland:

On March 13, 2026, the U.S. Department of Education (Department), Office for Civil Rights (OCR) issued a Letter of Findings of Non-Compliance and Proposed Resolution Agreement for the complaint referenced above.

OCR investigated whether Jefferson County Public Schools (District) discriminates against female students by permitting male students to access bathrooms and locker rooms designated for use by female students, by denying equal athletic benefits and opportunities to female student athletes by permitting males to participate in girls' interscholastic athletics, thereby depriving girls and young women of equal athletic opportunities, and by forcing female students to share overnight accommodations with male students during overnight activity and athletic trips, in violation of Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 *et seq.*, and its implementing regulation, at 34 C.F.R. Part 106.

Based on a review of publicly available information, District policy and guidance documents, and athletic program information, OCR determined that the District is not in compliance with Title IX and its implementing regulations with regard to the District's policies and practices which allow male students to access female bathrooms, locker rooms, and overnight accommodations. In addition, OCR also determined that the District is not in compliance with Title IX and its implementing regulations with regard to the District's policies and practices which deny equal athletic benefits and opportunities to female student athletes by permitting males to participate in girls' interscholastic athletics.

The Title IX regulation, at 34 C.F.R. § 106.3(a), requires recipients found to be in violation of Title IX to take remedial action to resolve all violation findings.

In accordance with the Title IX regulatory procedures for bringing recipients into compliance,

Page 2 – OCR Complaint No. 08255902

OCR provided the District a Proposed Resolution Agreement concurrently with the Letter of Finding of Non-Compliance. The Proposed Resolution Agreement specified the actions that the District must take to voluntarily come into compliance with Title IX and remedy the District's Title IX violations.

On March 20, 2026, the District confirmed receipt of the Letter of Findings and Proposed Resolution Agreement. On April 12, 2026, the District sent a letter to OCR seeking additional information before fully responding to the Letter of Findings and the Proposed Resolution Agreement. OCR spoke with District staff on May 8 and 21, 2026, to respond to the District's information requests. On May 26, 2026, OCR requested that the District provide a response, in writing, on or before June 2, 2026, indicating whether the District agrees, in principle, to Action Item 1 of the Proposed Resolution Agreement - a key provision of the Agreement - which concerns, in relevant part, the rescission or revision of policies, guidance documents, or notices in compliance with Title IX. OCR reiterated this request by email on May 29, 2026. On June 2, 2026, the District responded by letter to OCR requesting to continue discussions with OCR, but did not indicate that it would agree to Action Item 1 of the Proposed Resolution Agreement. Therefore, it is clear that agreement will not be reached.[1]

Accordingly, OCR is issuing this Impasse Letter to inform the District that a Letter of Impending Enforcement Action will be issued 10 calendar days from today's date unless the District reaches an agreement with OCR and executes an OCR-approved Resolution Agreement within that 10-day period. If no Resolution Agreement has been executed by **close of business on June 15, 2026**, OCR will issue a Letter of Impending Enforcement Action to the District.

If you have any questions regarding this letter, please contact paul.easton@ed.gov or 617-289-0008.

Respectfully,

*for* Erica Austin
Acting Regional Director

---

[1] See, OCR Case Processing Manual, Section 303(g).