# EXHIBIT I



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

June 26, 2026

Tracy Dorland
Superintendent
Jefferson County Public Schools
1829 Denver West Drive #27
Golden, Colorado 80401

Sent via email only, to: tracy.dorland@jeffco.k12.co.us

      Re:    Letter of Impending Enforcement Action – OCR Case Number 08255902
               Jefferson County Public Schools

Dear Superintendent Dorland:

On March 13, 2026, the U.S. Department of Education (Department), Office for Civil Rights (OCR) issued a Letter of Findings of Non-Compliance and Proposed Resolution Agreement for the complaint referenced above. OCR investigated whether Jefferson County Public Schools (District) discriminates against female students by permitting male students to access bathrooms and locker rooms designated for use by female students, by denying equal athletic benefits and opportunities to female student athletes by permitting males to participate in girls' interscholastic athletics, thereby depriving girls and young women of equal athletic opportunities, and by forcing female students to share overnight accommodations with male students during overnight activity and athletic trips, in violation of Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681 et seq., and its implementing regulation, at 34 C.F.R. Part 106.

Based on a review of publicly available information, District policy and guidance documents, and athletic program information, OCR determined that the District is not in compliance with Title IX and its implementing regulations with regard to the District's policies and practices which allow male students to access female bathrooms, locker rooms, and overnight accommodations. In addition, OCR also determined that the District is not in compliance with Title IX and its implementing regulations with regard to the District's policies and practices which deny equal athletic benefits and opportunities to female student athletes by permitting males to participate in girls' interscholastic athletics.

In accordance with the Title IX regulatory procedures for bringing recipients into compliance, as set forth at 34 C.F.R. § 106.81 and 34 C.F.R. § 100.8, OCR provided the District with a Proposed Resolution Agreement concurrently with the Letter of Findings. The Proposed Resolution Agreement specified the actions that the District must take to voluntarily come into compliance with Title IX and remedy the Title IX violations.

Page 2 – OCR Case No. 08255902

On March 20, 2026, the District confirmed receipt of the Letter of Findings and Proposed Resolution Agreement. On April 12, 2026, the District sent a letter to OCR seeking additional information before fully responding to the Letter of Findings and the Proposed Resolution Agreement. OCR spoke with District staff on May 8 and 21, 2026, to respond to the District's information requests. On May 26, 2026, OCR requested that the District provide a response, in writing, on or before June 2, 2026, indicating whether the District agrees, in principle, to Action Item 1 of the Proposed Resolution Agreement - a key provision of the Agreement - which concerns, in relevant part, the rescission or revision of policies, guidance documents, or notices in compliance with Title IX. OCR reiterated this request by email on May 29, 2026. On June 2, 2026, the District responded by letter to OCR requesting to continue discussions with OCR, but did not indicate that it would agree to Action Item 1 of the Proposed Resolution Agreement.

On June 3, 2026, OCR issued an Impasse Letter to the District stating that OCR declined to delay enforcement proceedings and that a Letter of Impending Enforcement Action would be issued 10 calendar days from the date of the letter unless the District reached an agreement with OCR and executed an OCR-approved Resolution Agreement by close of business on June 15, 2026. On June 15, 2026, the District responded by letter to OCR expressing its disagreement with OCR's determination and the Proposed Resolution Agreement. While the District also requested to continue discussions with OCR, the District did not provide any indication that it would agree to Action Item 1 of the Proposed Resolution Agreement nor did the District propose any revisions for OCR's consideration. Moreover, since the District's letter to OCR dated June 15, 2026, the District has not communicated further with OCR.

In light of the foregoing, OCR is issuing this Letter of Impending Enforcement Action. The statement of allegations, OCR's jurisdictional authority, findings of fact, and conclusions are set forth in the attached Letter of Finding of Noncompliance issued on March 13, 2026, and are incorporated by reference herein.

If the District fails to enter into a resolution agreement with OCR within 10 calendar days from the date of the issuance of this letter, OCR may: (1) initiate administrative proceedings to suspend, terminate, or refuse to grant or continue and defer financial assistance from funds made available through the Department to the District; or (2) refer the case to the United States Department of Justice for judicial proceedings.

This letter is not intended and should not be interpreted to address the compliance of the District with any other regulatory provision or to address any issues other than those addressed in this letter. This letter sets forth OCR's determination in this case; it is not a formal statement of OCR policy and should not be relied upon, cited or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.

Under the Freedom of Information Act (FOIA), it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, OCR will seek to protect, to the extent provided by law, personally identifiable information that could reasonably be expected to constitute an unwarranted invasion of personal privacy if released.

Please be advised that the District must not harass, coerce, intimidate, discriminate, or otherwise

Page 3 – OCR Case No. 08255902

retaliate against any individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, assists, or participates in a proceeding under a law enforced by OCR. If this happens, the individual may file a retaliation complaint with OCR.

If you have any questions regarding this letter, resolution of this matter, or the enforcement actions described herein, please contact me at erica.austin@ed.gov or 303-844-4821.

Respectfully,

*Erica R. Austin*

Erica R. Austin
Acting Regional Director

Enclosure
cc:    Julie.Tolleson@jeffco.k12.co.us
       Jacquie.RichFredericks@jeffco.k12.co.us