# EXHIBIT K



Title: **Nondiscrimination and Equal Opportunity**
Code: AC
Section: A: Foundations and Basic Commitments

---

### NONDISCRIMINATION AND EQUAL OPPORTUNITY

The district is committed to providing a safe learning and work environment where all members of the school community are treated with dignity and respect.

**Discrimination is Prohibited**

The schools in the district are subject to laws prohibiting discrimination on the basis of disability, race, creed, color, national origin, gender, sex, sexual orientation, gender expression, gender identity, religion, veteran status, pregnancy, marital status, age, ancestry, genetic information, need for special education services, or any other applicable status protected by federal, state, or local law ("protected status"). Accordingly, no otherwise qualified student, employee, applicant for employment, or member of the public may be excluded from participation in, be denied the benefits of, or be subjected to unlawful discrimination under any district program or activity on the basis of any legally applicable protected status.

For purposes of this policy, these terms have the following meanings:

- "Race" includes hair length, hair texture, hair type, and/or a protective hairstyle that is commonly or historically associated with race.
  - "Protective Hairstyle" includes such hairstyles as braids, locs, twists, tight coils or curls, cornrows, bantu knots, afros, and head wraps.
- "Sexual Orientation" means an individual's identity, or another individual's perception thereof, in relation to the gender or genders to which the individual is sexually or emotionally attracted and the behavior or social affiliation that may result from the attraction.
- "Gender Expression" means an individual's way of reflecting and expressing the individual's gender to the outside world, typically demonstrated through appearance, dress, and behavior.
- "Gender Identity" means an individual's innate sense of the individual's own gender, which may or may not correspond with the individual's sex assigned at birth.

This policy and corresponding policies and regulation(s) will be used to address all concerns regarding unlawful discrimination.

For discrimination complaints by employees or applicants, see Policy GBA.  For student discrimination complaints, see Policy JB and Regulations JB-R1, JB-R2 and JB-R3. For student complaints of sexual harassment, see Policy JBB.

**Harassment is Prohibited**

Harassment based on a person's protected status is a form of discrimination, and it is prohibited by state and federal law. The district also prohibits all such harassment regardless of whether the harasser is an employee, student, or third party.

All district employees and students share the responsibility to ensure that harassment does not occur at any school in the district, on any district property, at any district or school-sanctioned activity or event, or off school property when such conduct has a nexus to the school, or any district curricular or non-curricular activity or event.

Harassment, which is a form of discrimination, is federally defined as unwelcome conduct that is directed at an individual based on their actual or perceived membership in a protected class. The harassment must be sufficiently severe or pervasive so as to interfere with or limit an individual's ability to participate in the district's services, activities, or opportunities offered by the school.

Under Colorado law the harassment need not be sufficiently severe or pervasive, setting a slightly lower standard in determining whether harassment occurred.

Harassment may be different than bullying. Bullying is any written or oral expression, or physical or electronic act or gesture or pattern thereof, that is intended to coerce, intimidate, or cause any physical, mental, or emotional harm to another. Bullying is behavior by a student to another student. The following policy and regulation have more details on bullying and the related complaint process - JICDE Bullying Prevention and Education.

If bullying is to a member of a protected class, it should be looked at under the district's harassment and discrimination policies.

The following individuals have been identified to handle complaints of discrimination:

Director, EEO Compliance

Renate Rivelli

1829 Denver West Drive, Bldg. #27

Golden, Colorado 80401

303-982-5293

renate.rivelli@jeffco.k12.co.us

Title IX Coordinator, Student Compliance Officer

Emily Sloan

1829 Denver West Drive, Bldg. #27

Golden, Colorado 80401

303-982-6544

titleix@jeffco.k12.co.us or complianceofficer@jeffco.k12.co.us

**Notice**

The district will issue a written notice prior to the beginning of each school year that advises students, parents, employees, and the general public that the educational programs, activities and employment opportunities offered by the district are offered without regard to any protected status. The notice will also include the name, address, email address, and telephone number of the person(s) designated to coordinate Title IX, Section 504, and ADA compliance activities. The notice will be disseminated to persons with limited English language skills in the person's own language. It will also be made available to persons who are visually or hearing impaired.

The notice will also appear on a continuing basis in all district media containing general information, including: teachers' guides, school publications, the district's website, recruitment materials, application forms, vacancy announcements, student handbooks, school program notices, summer program newsletters, and annual letters to parents.

Additionally, this policy and its corresponding regulations are posted on the district's website, referenced in student and employee handbooks, and made otherwise available to all students, staff, and members of the public through electronic or hard-copy distribution.

**Training**

Students and district employees will receive periodic training related to recognizing and preventing unlawful discrimination. District employees must receive additional training related to handling reports of unlawful discrimination. The training will include, but not be limited to:

- awareness of groups protected under state and federal law and/or targeted groups;
- how to recognize and react to unlawful discrimination; and
- proven discrimination prevention strategies.

Adopted: **June 26, 1997**
Last Revised: **July 22, 2024**
Last Reviewed: **July 22, 2024**

**Legal References:**

- 20 U.S.C. 1681 (Title VII, Education Amendments of 1972)

- 20 U.S.C. 1701-1758 (Equal Employment Opportunity Act of 1972)

- 29 U.S.C. 621 et seq. (Age Discrimination in Employment Act of 1967)

- 29 U.S.C. 701 et seq. (Section 504 of the Rehabilitation Act of 1973)

- 42 U.S.C. 12101 et seq. (Title II of the Americans with Disabilities Act)

- 42 U.S.C. 2000d (Title VI of the Civil Rights Act of 1964, as amended in 1972)

- 42 U.S.C. 2000e (Title VII of the Civil Rights Act of 1964)

- 42 U.S.C. 2000ff et seq. (Genetic Information Nondiscrimination Act of 2008)

- 34 C.F.R. Part 100 through Part 110 (civil rights regulations)

- C.R.S. 2-4-401 (3.4) (definition of gender expression)

- C.R.S. 2-4-401 (3.5) (definition of gender identity)

- C.R.S. 2-4-401 (13.5) (definition of sexual orientation)

- C.R.S. 2-4-401 (13.5) (definition of sexual orientation, which includes transgender)

- C.R.S. 18-9-121 (bias-motivated crimes)

- C.R.S. 22-1-143 Harassment or discrimination – policy required – training and notification - definitions

- C.R.S. 22-32-109 (I)(II) (Board duty to adopt written policies prohibiting discrimination)

- C.R.S. 22-32-110 (1)(k) (definition of racial or ethnic background includes hair texture, definition of protective hairstyle)

- C.R.S. 24-34-301 et seq. (Colorado Civil Rights Division)

- C.R.S. 24-34-301 (3.3) (definition of gender expression)

- C.R.S. 24-34-301 (3.5) (definition of gender identity)

- C.R.S. 24-34-301 (7) (definition of sexual orientation, which includes transgender)

- C.R.S. 24-34-402 et seq. (discriminatory or unfair employment practices)

- C.R.S. 24-34-402(1.3)(a) (definition of "harass" or "harassment")

- C.R.S. 24-34-402.3 (discrimination based on pregnancy, childbirth or related conditions; notice of right to be free from such discrimination must be posted "in a conspicuous place" accessible to employees)

- C.R.S. 24-34-601 (unlawful discrimination in places of public accommodation)
- C.R.S. 24-34-602 (penalty and civil liability for unlawful discrimination)

**Cross References:**

- [GBA - Equal Employment Opportunity and Discrimination Complaint Process](#)
- [JB - Equal Educational Opportunities](#)
- [JBB - Title IX Sexual Harassment Grievance Process](#)
- [JB-R1 - Student Discrimination Complaint Process](#)
- [JB-R2 - Equal Education Opportunities - Transgender Students](#)
- [JB-R3 - Grievance Procedure for Section 504 of the Rehabilitation Act](#)
- [JICDE - Bullying Prevention and Education](#)