# EXHIBIT L



Title: **Equal Educational Opportunities**
Code: JB
Section: J: Students

---

## EQUAL EDUCATION OPPORTUNITIES

The Board is committed to the policy that no otherwise qualified student shall be excluded from participation in, be denied the benefits of, or be subject to discrimination under any district program or activity on the basis of disability, race, creed, color, national origin, sex, sexual orientation, gender expression, gender identity, pregnancy, marital status, religion, ancestry, age, genetic information, need for special education services, or any other applicable status protected by federal, state or local law ("protected status").

Further, the Board affirms the rights of all students to be treated with respect and to be protected from intimidation, discrimination, physical harm and/or harassment. The Board affirms this right regardless of protected status.

This concept of equal educational opportunity shall guide the Board and staff in making decisions related to school district facilities, selection of educational materials, equipment, curriculum and regulations affecting students.  The district shall make reasonable accommodations for students with identified physical and mental impairments that constitute disabilities, consistent with the requirements of federal and state laws and regulations.

In order to ensure that district programs are in compliance with applicable laws and regulations, the Board directs the superintendent or designee(s) to periodically monitor the following areas:

1. Curriculum and materials - review curriculum guides, textbooks and supplemental materials for discriminatory bias.

2. Training - provide training for students and staff to identify and alleviate problems of discrimination.

3. Student access - review programs, activities and practices to ensure that all students have equal access and are not segregated except when permissible by law or regulation.

4. District support - review how district resources, including but not limited to, staffing and equipment, are utilized across the district to support educational opportunities.

5. Student evaluation instruments - review of tests, procedures and guidance and counseling materials for discriminatory bias.

6. Discipline - review discipline records and any relevant data to ensure the equitable implementation and application of Board discipline policies.

**Reporting Concerns**

The district encourages all individuals participating in its education program or activity to report allegations of discrimination to the district's compliance officer: Emily Sloan 1829 Denver West Dr. Bldg. #27 Golden, CO 80401. Complianceofficer@jeffco.k12.co.us or 303-982- 6544.

Adopted: **June 26, 1997**
Last Revised: **August 14, 2023**
Last Reviewed: **August 14, 2023**

**Legal References:**

- 20 U.S.C. ☐☐1681 (Title IX of the Education Amendments of 1972)

- 20 U.S.C. ☐☐1701-1758 (Equal Educational Opportunities Act of 1974)

- 29 U.S.C. ☐☐701 et seq. (Section 504 of the Rehabilitation Act of 1973)

- C.R.S. 2-4-401 (3.4) (definition of gender expression)

- C.R.S. 2-4-401 (3.5) (definition of gender identity)

- C.R.S. 2-4-401 (13.5) (definition of sexual orientation)

- C.R.S. 22-32-109 (1)(ll) (Board duty to adopt written policies prohibiting discrimination)

- C.R.S. 22-32-109.1 (2) (safe school plan to be revised as necessary in response to relevant data collected by the school district)

- C.R.S. 22-32-110 (1)(k) (definition of racial or ethnic background includes hair texture, definition of protective hairstyle)

- C.R.S. 24-34-601 (unlawful discrimination in places of public accommodation)

- C.R.S. 24-34-602 (penalty and civil liability for unlawful discrimination)

**Cross References:**

- [AC - Nondiscrimination and Equal Opportunity](#)

- [JBB - Title IX Sexual Harassment Grievance Process](#)