# EXHIBIT M



Title: **Equal Education Opportunities - Transgender Students**
Code: JB-R2
Section: J: Students

---

### EQUAL EDUCATION OPPORTUNITIES - TRANSGENDER STUDENTS

Regulation for supporting students who are transgender or gender non-conforming.

**Purpose**

The purpose of this regulation is to foster an educational environment that is safe and free from discrimination for all students, regardless of gender identity or expression.

This regulation should be interpreted consistent with the goals of reducing the stigmatization of and improving the education integration of transgender and gender nonconforming students, maintaining the privacy of all students, and fostering cultural competence and professional development for school staff. Furthermore, this regulation supports healthy communication between educators and parents/guardians to further the successful education development and well being of every student.

**Discrimination/Harassment**

All school faculty and administrators must take incidents of harassment, discrimination, or violence against any student with the utmost seriousness and address such situations promptly. It is the responsibility of the district to ensure that students who are transgender and gender nonconforming have a safe school environment. This includes investigating the incident, taking appropriate corrective action and providing students and staff with appropriate resources. All complaints of student discrimination must follow Policy JB and Regulation JB-1.

**Chosen Name/Preferred Gender**

A student has the right to be addressed by a name and pronoun that corresponds to the student's gender identity. A court-ordered name or gender change is not required, and official records need not be changed.

The intentional or persistent refusal to respect a student's gender identity (for example, intentionally referring to the student by a name or pronoun that does not correspond to the student's gender identity) or chosen name is a violation of this regulation and Policy JB.

**Privacy/Confidentiality**

All persons, including students, have a right to privacy and this includes the right to keep one's transgender status private at school.

School personnel should not disclose information that may reveal a student's transgender or gender nonconforming status to others, including school personnel and other community members, unless legally permitted to do so or unless the student has authorized such disclosure. In situations where the student has a desire to compete for their school in CHSAA-sanctioned activities, the school administration will work with the family to identify what information would need to be shared prior to submitting such information.

Transgender and gender nonconforming students have the right to discuss and express their gender identity and expression openly and to decide when, with whom, and how much to share private information. The fact that a student chooses to disclose his or her transgender status to staff or other students does not authorize school staff to disclose other private information about the student.

**Official Records**

The district shall maintain a mandatory permanent student record that includes a student's legal name and legal gender. However, to the extent that the district is not legally required to use a student's legal name and gender on a particular record or document, the district shall use the chosen name and preferred gender reflected in Infinite Campus. The district will change a student's official record to reflect a change in legal name or gender upon receipt of documentation that such change has been made pursuant to a court order, or through amendment of state or federally issued identification. In situations where school staff or administrators are required by law to use or report transgender student's legal name or gender, such as during standardized testing, school staff and administrators shall adopt practices to avoid the inadvertent disclosure of such confidential information.

All education records are subject to parent/guardian inspection, review, and request to amend in accordance with district Policy JRA/JRC and the Family Educational Rights and Privacy Act (FERPA).

**Gender-Segregated Activities**

To the extent possible, schools should reduce or eliminate the practice of segregating students by gender. In situations where students are segregated by gender, such as for health education classes, students should be included in the group that corresponds to their gender identity.

**Restroom Accessibility**

Students shall have access to the restroom that corresponds to their gender identity consistently asserted at school. Any student who has a need or desire for increased privacy, regardless of the underlying reason, should be provided access to a single stall restroom, but no student shall be required to use such a restroom.

**Locker Room Accessibility**

The use of locker rooms by students who are transgender and gender nonconforming shall be assessed on a case-by-case basis with the goals of maximizing the student's social integration and equal opportunity to participate in physical education classes and sorts, ensuring the student's safety and comfort, and minimizing stigmatization of the student.  In most cases, students who are transgender should have access to the locker room that corresponds to their gender identity consistently asserted at school.

Any student who has a need or desire for increased privacy, regardless of the underlying reason, should be provided with a reasonable alternative changing area such as the use of a private area (e.g., a nearby restroom stall with a door, an area separated by a curtain, a P.E. instructor's office in the locker room, or a nearby health office restroom), or with a separate changing schedule (e.g., using the locker room that corresponds to their gender identity before or after other students).  Any alternative arrangement should be provided in a way that allows the student's transgender status to be kept confidential.  In no case shall a student who is transgender be required to use a locker room that conflicts with the student's gender identity consistently asserted at school.

**Physical Education and Intramural and Interscholastic Athletics**

Students should be permitted to participate in physical education classes and intramural sports in a manner consistent with their gender identity.

With regard to interscholastic activities, the district will follow the CHSAA Transgender Policy Statement, available here: https://chsaanow.com/sports/2021/7/19/bylaws.aspx

**Overnight Activity and Athletic Trips**

In the planning of sleeping arrangements during overnight activity and athletic trips, the needs of students who are transgender shall be assessed on a case-by-case basis with the goals of maximizing the student's social integration, providing equal opportunity to participate in overnight activity and athletic trips, ensuring the student's safety and comfort, and minimizing stigmatization of the student.  In most cases, students who are transgender should be assigned to share overnight accommodations with other students that share the student's gender identity consistently asserted at school.  Any alternative arrangement should be provided in a way that allows the student's transgender status to be kept confidential.  Under no circumstance shall a student who is transgender be required to share a room with students whose gender identity conflicts with their own.

**Other Gender-Based Activities, Rules, Policies and Practices**

As a general matter, schools should evaluate all gender-based activities, rules, policies and practices including classroom activities, school ceremonies and school photos and maintain only those that have a clear sound pedagogical purpose. Students shall be permitted to participate in such activities or conform to any such rule, policy, or practice consistent with their gender identity.

**Dress Code**

Schools may enforce dress codes pursuant to district policy.  Students shall have the right to dress in accordance with their gender identity, within the constraints of the dress code adopted by the school.  School staff shall not enforce a school's dress code more strictly against transgender and gender nonconforming students than other students.

**Student Transitions:**

Generally, school personnel should involve parents/guardians in the process of transition at school.  However, in the rare instance where parental involvement raises a safety concern, school personnel should consult with appropriate district leadership.

When a student elects to transition during the school year, the school shall hold a meeting with the student and parents/guardians (provided they are involved in the process), to ascertain their desires and concerns.  The school should discuss a timeline for the transition in order to create the conditions supporting a safe and accepting environment at the school.  Finally, the school shall train school administrators and any educators that interact directly with the student on the transition plan, timelines for transition, and relevant legal requirements.

**Training and Professional Development**

The district has provided these guidelines and will provide additional training and resources to staff as needed to ensure their understanding of applicable laws and policy.

**Summary**

The basis for these guidelines is to treat students in a manner consistent with their gender identity.  These guidelines are developed to help schools determine how to preserve confidentiality and privacy of students, recognition of students and their gender identity preferences, create equal access and facilitate integration of students in the school setting, and minimize stigmatization and ensure a school environment of inclusiveness.  It is recommended that situations be analyzed on a case-by-case basis and to seek consultation with other resources to arrive at decisions that ensure equal treatment of all students.

Adopted: **November 15, 2013**
Last Revised: **July 24, 2024**
Last Reviewed: **July 24, 2024**