**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civ. Action No. <u>1:26-cv-3427</u>

BOARD OF EDUCATION OF JEFFERSON
COUNTY SCHOOL DISTRICT RE-1,

     Plaintiff,

vs.

LINDA McMAHON, in her official capacity
as Secretary of Education of the United States, and
UNITED STATES DEPARTMENT OF EDUCATION;

     Defendants.

---

## NOTICE OF RELATED CASE

---

Pursuant to Local Civil Rule 3.2, Plaintiff hereby identifies the following case as having related facts and claims and at least one party in common with the above-captioned matter:

1. United States District Court for the District of Colorado, *Joseph and Serena Wailes, et al. v. Jefferson County Public Schools and Jefferson County Public Schools Board of Education*; Case No. 1:24-cv-02439-RMR-NRN.

Dated: July 28, 2026

Respectfully submitted,

/s/ *Timothy J. Heaphy*

Timothy Heaphy
theaphy@hshw.com
(202) 739-8475
Lindsay Hemminger
lhemminger@hshw.com
(202) 739-8474
HEAPHY SMITH HARBACH & WINDOM, LLP
1701 Pennsylvania Ave. NW, Suite 200
Washington, District of Columbia 20006

Eric Olson
eolson@olsongrimsley.com
(303) 535-9151
Isabel Broer
ibroer@olsongrimsley.com
(303) 535-9151
OLSON GRIMSLEY KAWANABE HINCHCLIFF
& MURRAY, LLC
700 17th Street, Suite 1600
Denver, Colorado 80202

*Counsel for Plaintiff Board of Education of Jefferson County School District Re-1*