**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 26-cv-3427-REB

BOARD OF EDUCATION OF JEFFERSON COUNTY SCHOOL DISTRICT RE-1,

     Plaintiff,

v.

LINDA McMAHON, in her official capacity as Secretary of Education of the United States, and
UNITED STATES DEPARTMENT OF EDUCATION

     Defendants.

---

## ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN

**Blackburn, J.**

This action under the Administrative Procedure Act was filed July 28, 2026. A Joint Case Management Plan should, if properly negotiated, provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP), using the form referenced in D.C.COLO.LAPR 16.1(a). Counsel should attempt in good faith to agree on all matters covered in the form JCMP. Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

**THEREFORE, IT IS ORDERED** as follows:

1. That on or before the deadline for defendants' response to the complaint [#1] under Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF)

a proposed Joint Case Management Plan using the form referenced in

D.C.COLO.LAPR 16.1(a), and shall submit via email a copy of the proposed Joint Case

Management Plan, in an editable format, to the judge assigned to preside over this

case; and

2.  That defendants shall file the administrative record via the court's CM/ECF

system in the manner required by the Electronic Case Filing Procedures for the District

of Colorado (Civil Cases), including *Electronic Case Filing Procedures (Civil Cases)* ¶¶

1.1–1.2.[1]

Dated July 29, 2026, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1]  The Electronic Case Filing Procedures for the District of Colorado (Civil Cases) provide that all documents filed in civil cases "shall be filed electronically in a portable document format (PDF) using the Electronic Case Filing System (ECF)." *Electronic Case Filing Procedures (Civil Cases)* ¶ 1.1.