**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-3427-REB

BOARD OF EDUCATION OF JEFFERSON COUNTY SCHOOL DISTRICT RE-1,

Plaintiff,

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States, and
UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND PARTIES' JOINT CASE MANAGEMENT PLAN DEADLINE**

---

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and REB Civ. Practice Standard II.G, Defendants respectfully move for a 21-day extension of time, through October 26, 2026, as to: (1) Defendants' deadline to file a response to Plaintiff's Complaint, ECF No. 1; and (2) the parties' deadline to file a Joint Case Management Plan, ECF No. 9.[1] Good cause supports the requested extension.

1. Plaintiff Board of Education of Jefferson County School District RE-1 alleges that Defendants violated the Administrative Procedure Act (APA) and the First Amendment. *See* ECF No. 1, ¶¶ 86–141. More specifically, Plaintiff alleges that Defendants' interpretation of Title IX of the Education Amendments of 1972—as that

[1] Defendants file this extension motion within three business days of their deadline to respond to the Complaint and the parties' deadline to file a Joint Case Management Plan. *See* REB Civ. Practice Standard II.G.4; *see also infra* (identifying those deadlines as October 5, 2026).

interpretation relates to transgender students—violates the APA and the First Amendment. *See id.*, ¶¶ 1–11.

2. Plaintiff brings five claims in its 141-paragraph Complaint. *See generally id.* Attached to the Complaint are approximately 100 pages of exhibits. *See* ECF Nos. 1-1, 1-2, 1-3, 1-4, 1-5, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-12, 1-13, 1-14.

3. Plaintiff filed its Complaint on July 28, 2026. *See* ECF No. 1.

4. On July 29, 2026, the Court ordered the parties to file a Joint Case Management Plan "on or before the deadline for defendants' response to the complaint [#1]." ECF No. 9 at 1.

5. The United States Attorney's Office was served with the Complaint on August 4, 2026.

6. Defendants' deadline to respond to Plaintiff's Complaint is, therefore, October 5, 2026. *See* Fed. R. Civ. P. 12(a)(2). And, as a result, the parties' deadline to file a Joint Case Management Plan is also October 5, 2026. *See* ECF No. 9 at 1.

7. Defendants respectfully request a 21-day extension of time, through October 26, 2026, for those two October 5, 2026, deadlines.

8. Good cause supports the requested extension.

9. *First*, Defendants seek additional time given the length and complexity of Plaintiff's Complaint. As noted, Plaintiff's Complaint is 141 paragraphs with approximately 100 pages of exhibits. *See* ECF Nos. 1–1-14. Plaintiff raises five claims under the APA and the First Amendment, addressing the interpretation of Title IX as it applies to transgender students in Jefferson County Public Schools. *See* ECF No. 1.

Defendants have been diligently working to prepare a response to the Complaint, but, given the breadth of Plaintiff's allegations and their complexity, Defendants require additional time to adequately respond to Plaintiff's Complaint.

10. *Second*, Defendants also request additional time to allow undersigned counsel adequate time to confer with representatives of Defendants regarding Defendants' response to Plaintiff's Complaint. To date, despite attempts to do so, undersigned counsel has not yet been able to have that conferral with Defendants' representatives.

11. *Finally*, undersigned counsel (and the entire Civil Division of the United States Attorney's Office) has been handling an unprecedented volume of immigration habeas petitions and other immigration-related cases with expedited briefing schedules. These cases are time sensitive, as they involve challenges to individuals' detention and short response deadlines. Undersigned counsel entered appearances in approximately 20 new immigration habeas cases in just the last two weeks. *See, e.g.*, *Anselmi-Perez v. Warden*, No. 26-cv-04589-CNS (D. Colo.). And undersigned counsel holds a supervisory role in the Civil Division that often requires him to review and assist with other attorneys' immigration habeas cases. In addition, undersigned counsel has another responsive pleading in a separate civil case due the same day as Defendants' response deadline in this matter, as well as a substantive response to an order to show cause due the business day before Defendants' response deadline in this matter. *See, e.g.*, *Ahmadi v. DHS*, No. 26-cv-1396-GPG (D. Colo.), ECF No. 35.

12. Defendants do not believe that Plaintiff will be prejudiced by this request. Indeed, Plaintiff does not oppose this extension request.

13. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not previously received any extensions of the deadline to respond to Plaintiff's Complaint and that the parties have not previously received any extensions of their deadline to file a Joint Case Management Plan. No other deadlines have been set, and so the requested extension would affect no other proceedings in this case.

14. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will serve this Motion on Defendants or their representatives.

15. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with Plaintiff's counsel about this Motion, and Plaintiff does not oppose the relief requested in this Motion.

Accordingly, Defendants respectfully request that the Court issue an order granting a 21-day extension of time, through October 26, 2026, as to: (1) Defendants' deadline to file a response to Plaintiff's Complaint, ECF No. 1; and (2) the parties' deadline to file a Joint Case Management Plan, ECF No. 9.

Dated: September 30, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Nicholas A. Deuschle
***Nicholas A. Deuschle***
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0411

E-mail: Nick.Deuschle@usdoj.gov
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Nicholas A. Deuschle
***Nicholas A. Deuschle***
United States Attorney's Office