**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-3427-REB

BOARD OF EDUCATION OF JEFFERSON COUNTY SCHOOL DISTRICT RE-1,

Plaintiff,

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States, and
UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND PARTIES' JOINT CASE MANAGEMENT PLAN DEADLINE**

---

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and REB Civ. Practice Standard II.G, Defendants respectfully move for a 14-day extension of time, through November 9, 2026, as to: (1) Defendants' deadline to file a response to Plaintiff's Complaint, ECF No. 1; and (2) the parties' deadline to file a Joint Case Management Plan, ECF No. 9.[1] Good cause supports the requested extension because, as explained herein, the parties are currently meeting and conferring about a potential resolution of this action.

1. Plaintiff Board of Education of Jefferson County School District RE-1 alleges that Defendants violated the Administrative Procedure Act (APA) and the First Amendment. *See* ECF No. 1, ¶¶ 86–141. More specifically, Plaintiff alleges that

---

[1] Defendants file this extension motion within three business days of their deadline to respond to the Complaint and the parties' deadline to file a Joint Case Management Plan. *See* REB Civ. Practice Standard II.G.4; *see also* ECF No. 13 (extending those deadlines to October 26, 2026).

Defendants' interpretation of Title IX of the Education Amendments of 1972—as that interpretation relates to transgender students—violates the APA and the First Amendment. *See id.*, ¶¶ 1–11.

2. Plaintiff filed its Complaint on July 28, 2026. *See id.*

3. On July 29, 2026, the Court ordered the parties to file a Joint Case Management Plan "on or before the deadline for defendants' response to the complaint [#1]." ECF No. 9 at 1.

4. On September 30, 2026, Defendants moved, unopposed, for an extension of their deadline to file a response to Plaintiff's Complaint and the parties' deadline to file a Joint Case Management Plan. *See* ECF No. 12. The Court granted that extension of time the following day. *See* ECF No. 13. Therefore, based on that extension, Defendants' deadline to respond to Plaintiff's Complaint and the parties' deadline to file a Joint Case Management Plan are October 26, 2026. *See id.*

5. Defendants respectfully request a 14-day extension of time, through November 9, 2026, for those two October 26, 2026, deadlines.

6. Good cause supports the requested extension.

7. The parties are currently meeting and conferring about a potential resolution of this action. That resolution would obviate the need for Defendants to respond to Plaintiff's Complaint and for the parties to file a Joint Case Management Plan. Allowing the parties the opportunity to potentially resolve this action—without further litigation and court intervention—will best promote "the just, speedy, and inexpensive determination of" this proceeding. Fed. R. Civ. P. 1. Accordingly, good

cause exists to extend Defendants' deadline to respond to Plaintiff's Complaint and the parties' deadline to file a Joint Case Management Plan by fourteen days to allow the parties time to continue to meet and confer about a potential resolution of this action.

8. Defendants do not believe that Plaintiff will be prejudiced by this request. Indeed, Plaintiff does not oppose this extension request.

9. Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have previously requested and received one extension of the deadline to respond to Plaintiff's Complaint and that Defendants' previously requested and received one extension of the parties' deadline to file a Joint Case Management Plan. *See* ECF Nos. 12–13. No other deadlines have been set, and so the requested extension would affect no other proceedings in this case.

10. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will serve this Motion on Defendants or their representatives.

11. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with Plaintiff's counsel about this Motion, and Plaintiff does not oppose the relief requested in this Motion.

Accordingly, Defendants respectfully request that the Court issue an order granting a 14-day extension of time, through November 9, 2026, as to: (1) Defendants' deadline to file a response to Plaintiff's Complaint, ECF No. 1; and (2) the parties' deadline to file a Joint Case Management Plan, ECF No. 9.

Dated: October 21, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Nicholas A. Deuschle

***Nicholas A. Deuschle***
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0411
E-mail: Nick.Deuschle@usdoj.gov
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Nicholas A. Deuschle
***Nicholas A. Deuschle***
United States Attorney's Office