**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 26-cv-03427-REB

BOARD OF EDUCATION OF JEFFERSON COUNTY SCHOOL DISTRICT RE-1,

Plaintiff,

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States, and
UNITED STATES DEPARTMENT OF EDUCATION,

Defendants.

---

**ORDER**

---

**Blackburn, J.**

This matter is before me on the **Joint Motion for Administrative Stay** [#17],[1] filed November 9, 2026. Having reviewed the motion and being adequately advised of the premises, I find and conclude the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion for Administrative Stay** [#17], filed November 9, 2026, is granted;

2. That the **Joint Motion for Administrative Stay** [#16], filed November 9, 2026, is denied as moot;

3. That this case is stayed pending further order of the court; and

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That on or before **May 10, 2027**, and every 180 days thereafter, the parties shall file a joint status report advising the court of the status of this matter.

Dated November 10, 2026, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge